**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

ENCOMPASS MEDICAL GROUP, P.A.,

        Plaintiff,

v.

                                    Case No. 14-2447-RDR

ADVANCED HOMECARE HOLDINGS, INC.,

        Defendant.

## ORDER

    Plaintiff has advised the court that the parties have entered into a settlement agreement. In light of that agreement, plaintiff has requested that the court enter an order dismissing this case with prejudice. Although such an order is not necessary in light of the circumstances of this case, the court shall do so. This action is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated this 17th day of FEBRUARY, 2015, at Topeka, Kansas.

                                                  s/RICHARD D. ROGERS
                                                  Richard D. Rogers
                                                  United States District Judge